# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144069 & (54)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 144069
                                        COA: 298236
                                        Wayne CC: 09-029474-FH

BRIAN MARK EUASHKA,
        Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the September 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012                                                _____
                                                          Clerk

p0319